IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ANNA LA FRONZA, and NATALIA KUPIEC, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | Case No. 1:21-cv-03026 |
| Plaintiffs, | ) ) | Hon. Judge John J. Tharp, Jr. |
| v. | ) ) | Magistrate Judge Sheila M. Finnegan |
| TRUTHFINDER, LLC, a Delaware limited liability company, | ) ) ) ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURES OF TRUTHFINDER, LLC

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant TruthFinder, LLC ("TruthFinder"), through its undersigned counsel, discloses:

1. TruthFinder, a Delaware limited liability company, is a wholly-owned subsidiary of PubRec, LLC, which has a sole member of PubRec, LLC, which is wholly-owned by PubRec Holdings, Inc., a non-public Delaware corporation. No publicly held corporation owns 10% or more of TruthFinder's stock. The principal place of business for these entities is California. TruthFinder has no publicly held affiliates.

2. PCHI Parent, Inc. is a non-public Delaware parent corporation of all entities listed above. PCHI Parent, Inc.'s principal place of business is California.

| | |
|---|---|
| Dated: September 28, 2021 | Respectfully Submitted, |
| | TRUTHFINDER, LLC |
| | By: <u>*/s/ Wade A. Thomson*</u> |

Wade A. Thomson, #6282174
Debbie L. Berman, #6205154
Clifford W. Berlow, #6292383
Sarah L. Futernick, #6315365
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
wthomson@jenner.com
dberman@jenner.com
cberlow@jenner.com
sfuternick@jenner.com

*Attorneys for Defendant TruthFinder, LLC*

**CERTIFICATE OF SERVICE**

I, Wade A. Thomson, certify that on September 28, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ *Wade A. Thomson*
Wade A. Thomson