IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATALIA KUPIEC, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TRUTHFINDER, LLC, | ) ) ) |
| Defendant. | ) |

Case No. 1:21-cv-03026

Hon. Judge Mary M. Rowland

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ORDER OF DISMISSAL

Before the Court is Plaintiff Natalia Kupiec's motion for an order dismissing her claim without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Ms. Kupiec avers that she has informed Defendant that she will pursue her pending individual claims in arbitration, while preserving her disagreement with Defendant's legal and factual arguments in support of their motion to compel arbitration. A court order permitting dismissal without prejudice is required because Ms. Kupiec previously filed and voluntarily dismissed a case against Defendant regarding the same claim. *See* Fed. R. Civ. P. 41(a)(1)(B).

Ms. Kupiec indicates that Defendant does not oppose the relief sought by her motion.

Accordingly, the Court **GRANTS** Ms. Kupiec's motion, and dismisses her claim without prejudice to her ability to pursue it on the merits in arbitration.

IT IS SO ORDERED.

Dated: July 25, 2022

_____
The Honorable Mary M. Rowland
United States District Judge